

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00881-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

Elena **HERRERA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10253
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to March 18, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court